5 So.2d 849

**Geraldine McCARLEY v. STATE.**

**6 Div. 882.**

Court of Appeals of Alabama.
Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

■

11 So.2d 171

**Alvin Clyde McCARY v. STATE.**

**5 Div. 161.**

Court of Appeals of Alabama.
Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

■

1 So.2d 45

**J. P. McCORMICK v. CITY OF ANNISTON.**

**7 Div. 615.**

Court of Appeals of Alabama.
Feb. 18, 1941.

Jas. L. Carter, of Anniston, for appellant.

Hugh D. Merrill, Jr., of Anniston, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

■

3 So.2d 924

**Wilson McCLUSKEY v. STATE.**

**8 Div. 147.**

Court of Appeals of Alabama.
June 24, 1941.

J. N. Powell, of Hartselle, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

■

1 So.2d 45

**Oran McCULLOCH v. STATE.**

**8 Div. 130.**

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.